THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH ARONSON, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of robbery in the first degree and sentencing him as a second offender to imprisonment for an indeterminate term of thirty to sixty years, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS BART, Appellant.— Appeal by the defendant from a judgment of the County Court of Queens County, convicting him of the crime of burglary in the third degree, and from an order of said court denying his motion for a new trial pursuant to section 465 of the Code of Criminal Procedure. Judgment and order unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN BRECKER, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of robbery in the first degree and sentencing him as a third offender to imprisonment for an indeterminate term of forty to sixty years, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM FINKELSTEIN, Appellant.— Judgment of conviction of defendant, adjudging him guilty of a violation of section 986 of the Penal Law (book-making), rendered on the 19th day of January, 1944, in the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], unanimously affirmed. No opinion. Appeal, insofar as it relates to the judgment of conviction of defendant for said violation rendered at the said court on the 5th day of January, 1944, which was vacated by said court, dismissed. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOE FRIEDMAN, Appellant.— Defendant appeals from a judgment of conviction for violation of section 986 of the Penal Law (book-making), rendered by a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn. Judgment of conviction reversed on the law, the information dismissed, and bail exonerated, on the ground that defendant's guilt was not established beyond a reasonable doubt. (*People* v. *Carpenito*, 292 N. Y. 498.) Close, P. J., Adel, Lewis and Aldrich, JJ., concur; Carswell, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS LAQUERIGO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of a violation of section 986 of the Penal Law (pool-selling, book-making, etc.), reversed on the law, the information dismissed, and the fine remitted. The evidence is not sufficient to warrant a finding of guilt beyond a reasonable doubt. (*People* v. *Richardson*, 287 N. Y. 563; *People* v. *Carpenito*, 292 N. Y. 498.) Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.